```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 07346
    TRAIAN C LUPASTEAN
    MAGDA LUPASTEAN                            CHAPTER 13

                                               JUDGE: JACQUELINE P COX
            Debtor
    SSN XXX-XX-2303     SSN XXX-XX-8206

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/28/2007 and was not confirmed.

      The case was converted to chapter 7 without confirmation 12/09/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------------
DAVID R HERZOG             NOTICE ONLY   NOT FILED             .00         .00
GMAC                       SECURED VEHIC       .00             .00         .00
GMAC                       SECURED VEHIC       .00             .00         .00
SEARS                      UNSECURED     NOT FILED             .00         .00
AMERIACN EXPRESS PUBLISH   UNSECURED     NOT FILED             .00         .00
AMEX                       UNSECURED     NOT FILED             .00         .00
AMEX                       UNSECURED     NOT FILED             .00         .00
BENEFICIAL                 UNSECURED     NOT FILED             .00         .00
CAPITAL ONE BANK           UNSECURED     NOT FILED             .00         .00
B-REAL LLC                 UNSECURED       3176.60             .00         .00
B-REAL LLC                 UNSECURED       2908.13             .00         .00
CHASE                      UNSECURED     NOT FILED             .00         .00
RESURGENT CAPITAL SERVIC   UNSECURED       2498.72             .00         .00
CITIBANK/SEARS             UNSECURED     NOT FILED             .00         .00
CITIFINANCIAL              UNSECURED     NOT FILED             .00         .00
DELL FINANCIAL SERVICES    UNSECURED     NOT FILED             .00         .00
ECAST SETTLEMENT CORP      UNSECURED       1822.02             .00         .00
JC PENNEY                  UNSECURED     NOT FILED             .00         .00
MACYS DSNB                 UNSECURED     NOT FILED             .00         .00
NATIONWIDE CREDIT          UNSECURED     NOT FILED             .00         .00
AMERICAN EXPRESS CENTURI   UNSECURED       7577.05             .00         .00
ST ALEXLUS MEDICAL CENTE   UNSECURED     NOT FILED             .00         .00
TARGET NATIONAL BANK       UNSECURED        425.02             .00         .00
RESURGENT CAPITAL SERVIC   UNSECURED       1987.80             .00         .00
ZALE CBUSA                 UNSECURED     NOT FILED             .00         .00
ECAST SETTLEMENT CORP      SECURED NOT I      .00              .00         .00
STERLING INC               SECURED NOT I    571.50             .00         .00
MARTIN J OHEARN            DEBTOR ATTY    2,500.00                    1,956.24
TOM VAUGHN                 TRUSTEE                                      133.76
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 07346 TRAIAN C LUPASTEAN & MAGDA LUPASTEAN

```
TRUSTEE                                           2,090.00

PRIORITY                                                                .00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                     1,956.24
TRUSTEE COMPENSATION                                                 133.76
DEBTOR REFUND                                                           .00
                                          ----------------   ----------------
TOTALS                                            2,090.00          2,090.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 03/25/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE